FILED ___ ENTERED
LODGED ___ RECEIVED

APR 08 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS LUGO-ACOSTA,<br><br>Defendant. | NO. CR12-0062 RSL<br><br>ORDER ALLOWING DEFENDANT TO FILE OVERLENGTH BRIEF<br>(~~PROPOSED~~) |

## ORDER

THIS MATTER having come on before the Court on the motion of Defendant Lugo-Acosta requesting that the Court allow the Defendant to file an overlength brief, and the Court having considered the records and files herein, NOW THEREFORE

IT IS HEREBY ORDERED that Defendant's motion is granted.

ENTERED this 8th day of ~~March~~ April, 2013.

_____
THE HONORABLE ROBERT S. LASNICK

Presented by:

JEFFREY STEINBORN, PLLC

s/ Jeffrey Steinborn
WSBA # 1938
3161 Elliott Avenue, Suite 340
Seattle, Washington 98121
Phone: 206-622-5117
Fax: 206-622-3848
js@surlaw.com

12-CR-00062-ANS

ORDER ALLOWING DEFENDANT TO
FILE OVERLENGTH BRIEF - 1

JEFFREY STEINBORN, PLLC
3161 ELLIOTT AVENUE, SUITE 340
SEATTLE, WASHINGTON 98121
(206) 622-5117 • FAX: (206) 622-3848

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed the (foregoing) with the clerk of the court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served any other parties of record that are non CM/ECF participants via Tele-fax/US postal mail.

Dated this 28th day of March, 2013.

s/Tracee Tomich
Legal Assistant to Defendant
3161 Elliott Avenue, Suite 340
Seattle, Washington 98121
Phone: 206-622-5117
Fax: 206-622-3848
Email: traceejean@surlaw.com

ORDER ALLOWING DEFENDANT TO
FILE OVERLENGTH BRIEF - 2

JEFFREY STEINBORN, PLLC
3161 ELLIOTT AVENUE, SUITE 340
SEATTLE, WASHINGTON 98121
(206) 622-5117 • FAX: (206) 622-3848